UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**METROPOLITAN LIFE**
**INSURANCE COMPANY,**

        **Plaintiff,**

v.

**SANDRA ADAMSON, et al.,**

        **Defendants.**

CASE NO. C2-08-603
JUDGE EDMUND A. SARGUS, JR.
MAGISTRATE JUDGE MARK R. ABEL

### ORDER

This matter was scheduled for final hearing on May 22, 2009. Both Defendants received notice of the hearing. On May 21, 2009, Defendant Barbara Anderson notified the Court in writing that she was not contesting the case and would not appear at the hearing.

On May 22, 2009, the Court heard testimony from Defendant Sandra Adamson. Based upon her testimony, and given the position of Barbara Anderson, the Court concludes that Sandra Adamson is entitled to judgment in her favor.

The Court **ORDERS** that all of the funds deposited in this case by the Plaintiff, together with interest, if any, shall be paid by the Clerk of Courts to Sandra Adamson. **JUDGMENT** is rendered in favor of Sandra Adamson. This case is **DISMISSED**.

**IT IS SO ORDERED.**

\_\_5-28-2009\_\_
DATE

_____
EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE