AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**METROPOLITAN LIFE
INSURANCE COMPANY,**

   **Plaintiff,**

**vs.**

**JUDGMENT IN A CIVIL CASE**

**SANDRA ADAMSON, et al.,**

CASE NO. **C2-08-603**
JUDGE **EDMUND A. SARGUS, JR.**
MAGISTRATE JUDGE **MARK R. ABEL**

   **Defendants.**

____  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X  **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

**Pursuant to the Order filed May 29, 2009, JUDGMENT is hereby entered in favor of Sandra Adamson. This case is DISMISSED.**

Date: May 29, 2009          JAMES BONINI, CLERK

                 */S/ Andy F. Quisumbing*
                 (By) Andy F. Quisumbing
                 Courtroom Deputy Clerk